UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | Case No. 3:10-CR-73 |
| v. ) | Judges VARLAN/GUYTON |
| ) | |
| DARREN WESLEY HUFF, ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about April 20, 2010, in Monroe County, in the Eastern District of Tennessee, and elsewhere, the defendant

DARREN WESLEY HUFF,

did transport in commerce a firearm, knowing and having reason to know and intending that such firearm would be used unlawfully in furtherance of a civil disorder.

In violation of Title 18, United States Code, Section 231(a)(2).

A TRUE BILL:

  *s/Foreperson*
FOREPERSON OF THE GRAND JURY

JAMES R. DEDRICK
United States Attorney

By:   s/ A. Wm. Mackie
A. WM. MACKIE
Assistant United States Attorney