UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>DARREN WESLEY HUFF,<br>    Defendant. | Case No. 3:10-CR-73<br>Judges VARLAN/GUYTON |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about April 20, 2010, in Monroe County, in the Eastern District of Tennessee, and elsewhere, the defendant
          DARREN WESLEY HUFF,
did transport in commerce a firearm, knowing and having reason to know and intending that such firearm would be used unlawfully in furtherance of a civil disorder.

In violation of Title 18, United States Code, Section 231(a)(2).

A TRUE BILL:

*s/Foreperson*
FOREPERSON OF THE GRAND JURY

JAMES R. DEDRICK
United States Attorney

By: *s/ A. Wm. Mackie*
A. WM. MACKIE
Assistant United States Attorney