UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CRIMINAL MINUTES - INITIAL APPEARANCE

Case No. 3:10-CR-73          At Knoxville          Date June 11, 2010
U.S.A.          vs.     Huff    custody [] bond [X] surety [] Non-surety []


PROCEEDINGS: Initial appearance/arraignment on Indictment. Not Guilty plea entered.

PRESENT: HONORABLE H. BRUCE GUYTON, US MAGISTRATE JUDGE

| N. Winton | CD3A062010 | Wm Mackie |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Asst. US Attorney** |
| P. Voss/J. Moffatt | | Corey Miller |
| **Attorney for Defendant** | | **Probation Officer** |

Others Present: USM/CSO

PROCEEDINGS:

[] Waiver of Indictment filed [] Information filed [] SEALED
[] Plea Agreement filed     [] SEALED   [] UNSEALED
[] Ordered Attorney be appointed under Criminal Justice Act
[] Waived Appointment of Attorney and Waiver executed & filed
[X] Defendant is ARRAIGNED and specifically advised of his rights, Rule 11, F.R.C.P
[X] Court questions Defendant regarding his physical and mental condition, and advises Defendant of the nature and possible consequences of said plea
[] Defendant moves to CHANGE PLEA  [] granted [] denied
[X] Defendant waives reading of Indictment/Information [] Indictment/Information read
[ ] Defendant PLEADS guilty to counts
[X] Defendant PLEADS NOT guilty to counts  All
[] Government moves to dismiss counts
[X] DATES SET: Trial August 2, 2010 Before Honorable Thomas A. Varlan
            Pretrial Conf. July 27, 2010 at 9:30 a.m.  Before Magistrate Guyton
                Motion Cutoff: July 9, 2010 Response to Motions: July 23, 2010
                Discovery cutoff: June 18, 2010  Reciprocal discovery: July 27, 2010
                Plea Negotiation Cutoff: July 27, 2010
                Sentencing: Before
[] Referred for PSI
[X] Defendant to remain on bond  [] Defendant remanded to custody of Marshal

Time: 9:55   to      10:30