UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>DARREN WESLEY HUFF, )<br>    Defendant. ) | Case No. 3:10-CR-73(S1)<br>(VARLAN/GUYTON) |

## SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about April 20, 2010, in Monroe County, in the Eastern District of Tennessee and elsewhere, the defendant

DARREN WESLEY HUFF,

did transport in commerce a firearm, knowing and having reason to know and intending that such firearm would be used unlawfully in furtherance of a civil disorder.

In violation of Title 18, United States Code, Section 231(a)(2).

### COUNT TWO

On or about April 20, 2010, in Monroe County, in the Eastern District of Tennessee, the defendant

DARREN WESLEY HUFF,

did use and carry a firearm during and in relation to a felony crime of violence for which he may be prosecuted in a court of the United States, that is, transportation of a firearm in commerce knowing and having reason to know and intending that the same would be used unlawfully in

furtherance of a civil disorder, as set forth in Count One of the Superseding Indictment, the descriptions of which are hereby incorporated by reference as though fully set forth herein.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

A TRUE BILL:

    s/Foreperson
FOREPERSON OF THE GRAND JURY

GREGG L. SULLIVAN
Acting United States Attorney

By:    s/A. Wm. Mackie
     A. WM. MACKIE
     Assistant United States Attorney

2