# CRIMINAL CASE COVER SHEET      U.S. ATTORNEY'S OFFICE

**Place of Offense:**

**City:** Madisonville

**County:** Monroe

**Defendant Information:**

**Juvenile** ___ Yes _X_ No      **Matter to be Sealed:** ___ Yes _X_ No

**Defendant Name:** Darren Wesley Huff

**Total # of Counts:** ___ Petty ___ Misdemeanor (Class ___) _2_ Felony

| | U.S.C. Citation(s) and Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 | 18:231(a)(2) - Transportation of a firearm in furtherance of a civil disorder | 1 |
| Set 2 | 18:924(c)(1)(A) - Use of a firearm in relation to a felony crime of violence | 2 |

(Use tab key after entering counts to create additional rows)

Criminal Complaint Filed: Yes _X_ Case No. _3:10-MJ-1025_ No ___

For Informations, name of defendant's attorney:

_____

Retained: ___      Appointed: ___

Interpreter: Yes ___ Language _____ No ___

Related Case(s)–Include case number(s) and how related:

_____

_____

Date: July 7, 2010      Signature of AUSA: **_s/A. Wm. Mackie_**