IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:10-CR-73 |
| ) | (VARLAN/GUYTON) |
| DARREN HUFF, ) | |
| ) | |
| Defendant. ) | |

## ORDER MODIFYING CONDITIONS OF RELEASE

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. The Order Setting Conditions Of Release [Doc. 9] is hereby amended as follows:

1. The defendant will be allowed to travel to Monroe County, Tennessee, for attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the supervising officer.

2. The defendant will not have to participate in the location monitoring program using Radio Frequency monitoring and may have his monitoring device removed for employment purposes. The defendant will have one week to verify his employment with his supervision officer in the Northern District of Georgia. If the defendant does not verify employment by Wednesday, August 4, 2010, to his supervising officer, the defendant will be placed on location monitoring using Radio Frequency monitoring immediately.

**IT IS SO ORDERED.**

ENTER:

    s/ H. Bruce Guyton
United States Magistrate Judge