# Exhibit 1

# FBI Form 302 - interview of Robert Shane Longmire

# April 19, 2010

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription   04/21/2010

On April 19, 2010, ROBERT SHANE LONGMIRE, date of birth November 22, 1976, social security account number 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, residence address 79 Bainbridge Drive, Dallas, Georgia 30132, cellular telephone 678-643-4272, provided the following:

LONGMIRE is Branch Manager of Chase Bank located at 5218 Jimmy Lee Smith Parkway, Hiram, Georgia 30141.  On Thursday, April 15, 2010 between 4 and 5 PM, DARREN WESLEY HUFF entered the bank. LONGMIRE had known HUFF for several years.  HUFF began openly speaking of anti-government sentiments to bank employees nine months ago.  HUFF's comments include talk of taking back the government, big brother watching, no freedom of speech, and that government is not about the people anymore.  HUFF has frequently blamed President Obama for these conditions.

On April 15, 2010, HUFF advised LONGMIRE that LT. FITZPATRICK was falsely arrested in Madisonville, Tennessee, and FITZPATRICK was to be in trial at 9 AM on April 20, 2010.  HUFF advised he was with the Georgia Militia, and he along with eight or nine other militia groups would travel to Madisonville that morning to take over the city.  HUFF further advised that LONGMIRE would see his acts on the 12 noon news.

HUFF willingly showed LONGMIRE his truck, which was a utility-type truck painted in camouflage with Georgia Militia written on the side.  HUFF advised the bed of the truck was modified to mount an anti-aircraft gun.  HUFF also advised he would be carrying an AK-47 with him to Madisonville.  At some point in the conversation, HUFF mentioned "tea party" but offered no further explanation.

LONGMIRE advised HUFF is forty years old and had filed for bankruptcy approximately one year ago.  HUFF is married and his wife's name is on his account.  HUFF has his own artistic light design business where he designs lighting schemes for homes.  In recent weeks, HUFF made several ATM withdrawals and completed a $400 purchase from an Army/Navy surplus store in Georgia.

---

Investigation on   04/19/2010   at Hiram, Georgia

File # 415-0-ASSESS                          Date dictated   04/21/2010

SA Adam M. Rowland
by   SA Anand J. Singh:ajs

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

# Exhibit 2

# FBI Form 302 - interview of Robert Shane Longmire

# May 4, 2010



## FEDERAL BUREAU OF INVESTIGATION

Date of transcription    05/05/2010

On May 4, 2010, ROBERT SHANE LONGMIRE, was contacted at his place of employment, Chase Bank located at 5218 Jimmy Lee Smith Parkway, Hiram, Georgia 30141, to provide follow-up details regarding his interview of April 19, 2010, and he provided the following:

LONGMIRE reviewed the FD-302 of his previous interview dated April 19, 2010, after which, LONGMIRE advised the FD-302 was accurate and nothing was left out or written incorrectly. LONGMIRE added that DARREN HUFF's business was named ARTISTIC NIGHT.

LONGMIRE further advised that since the first incident, HUFF visits the branch once or twice per week to deposit small checks ($100-$200). LONGMIRE believes the checks are for work done in his lighting business. HUFF returns a day or two later to withdraw the same amount in cash.

On one of HUFF's visit to the branch, he openly told the teller that the FBI visited his house. He further advised that he was stopped by police while driving, and they took his guns. HUFF advised the police gave him his guns back because they had no legal cause to keep them.

On one occasion, approximately April 22-23, 2010, HUFF came into the bank, took a deposit slip, and then sat in his truck for thirty minutes while speaking on the phone and smoking. HUFF then left without returning inside the bank. LONGMIRE noticed GEORGIA MILITIA was no longer written on HUFF's truck.

LONGMIRE recalls that when HUFF was first speaking about going to Madisonville, LONGMIRE had asked HUFF if he would videotape the incident. HUFF said no because he would be on the front lines with his guns including an AK47. HUFF indicated his intention was to take over the city of Madisonville in Monroe County, Tennessee. However, HUFF never specifically said violence would be used. LONGMIRE advised that at no other time had HUFF made any comments suggesting violence.

LONGMIRE also recalled that approximately two years ago, HUFF invited LONGMIRE to participate in bible study sessions at HUFF's residence.

---

Investigation on   05/04/2010   at Dallas, Georgia

File # 266S-KX-72301; 266S-KX-72298      Date dictated   05/05/2010

     SA Adam M. Rowland
by   SA Anand J. Singh:ajs

---

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

# Exhibit 3

# FBI Form 302 - interview of Darren Huff

# April 19, 2010

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription    04/20/2010

DARREN HUFF, 617 Shoals Path, Dallas, Georgia, telephone
number (404)952-3166, was advised of the identity of the
interviewing agent through the display of credentials.  HUFF was
further advised of the nature and purpose of the interview,
whereupon HUFF provided the following information:

(**Agent's Note:**  Also present during the interview were
PAULDING COUNTY SHERIFF'S OFFICE (PCSO) Deputies BILLY JOHNSON and
BUFORD YOUNG.)

HUFF was glad to see the FBI had contacted HUFF.  HUFF
advised WALTER FITZPATRICK had contacted the FBI, TBI, among other
agencies to get assistance with FITZPATRICK's desire to make a
citizen's arrest on several individuals in the Monroe County,
Tennessee, government.  HUFF plans to travel to Madisonville,
Monroe County, Tennessee, on Tuesday, March 20, 2010, to assist
FITZPATRICK in a citizen's arrest.  Also scheduled for Tuesday,
March 20, 2010, is a bond hearing for FITZPATRICK, although
FITZPATRICK is already out of jail.  HUFF and others are hoping to
assist FITZPATRICK in getting the charges against FITZPATRICK
dropped.

HUFF is not sure how many individuals associated with
OATH KEEPERS will be traveling to Monroe County, Tennessee, on
Tuesday, March 20, 2010, to assist FITZPATRICK.  HUFF admitted the
group was not as organized as they had hoped to be.  HUFF further
stated he is the GEORGIA MILITIA Chaplain.  HUFF wants to take back
the country that was founded on Constitutional principles and that,
"if they can take back Madisonville, then they can take back Monroe
County, then they can take back Tennessee, and possibly take back
the whole country."  HUFF indicated that this is a situation where
it is "us against them."  HUFF and others, "will do what we have to
do."

HUFF told reporting agent that he did not anticipate any
violence associated with HUFF's travels to Madisonville, Tennessee.
HUFF did state there would be no violence unless they were provoked
into violence.  HUFF hopes the National Guard will be present as
well.  HUFF wishes the FBI would be present so that when the effect
a citizen's arrest, they will have someone to turn over their
prisoners to.

---

Investigation on    04/19/2010    at  Dallas, Georgia

File #  AT 415-0-ASSESS                                    Date dictated  04/20/2010

by   SA Charles G. Reed/cgr

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;
it and its contents are not to be distributed outside your agency.

Continuation of FD-302 of ___DARREN HUFF___ , On 04/19/2010 , Page 2

        HUFF will be armed with his Colt 45 handgun when he travels to Madisonville, Tennessee. HUFF intends to exercise his right to carry his weapon with his license. Furthermore, HUFF will have his AK47 rifle in his truck.

        HUFF provided his telephone number to reporting agent in the event reporting agent needs to contact HUFF with any additional questions.

# Exhibit 4

# FBI Form 302 - interview of Darren Huff

# April 30, 2010

# **DRAFT**

- 1 -

## **FEDERAL BUREAU OF INVESTIGATION**

Date of transcription    05/02/2010

DARREN WESLEY HUFF, a white male, date of birth 12/27/1969, Georgia drivers license number 047764378, cellular telephone number 404-952-3166, residing at 617 Shoals Trail, Dallas Georgia 30132, was interviewed at the Federal Bureau of Investigation Knoxville Office on 4/30/2010 at approximately 11:30am. After HUFF was made aware of the nature of the interview and the identity of the interviewing agents, HUFF provided the following information.

HUFF was provided water prior to the start of the interview at approximately 11:30am. HUFF stated that he was not on any prescription medications or illegal drugs and that his highest level of education was high school graduate from McEacherm High School, located in Powder Springs Georgia.

At approximately 11:35am, HUFF was read his Miranda rights and the rights were explained to him. HUFF verbally acknowledged, that he understood those rights and was willing to waive those rights so he could be interviewed by the agents. HUFF signed the FD-395 advice of rights form and began to speak to the interviewing agents.

At approximately 11:40am, HUFF asked to be uncuffed (in front). His request was granted and he was uncuffed. HUFF was also offered the opportunity to have food delivered to him during the interview. HUFF stated he wasn't really hungry but was happy with his bottle of water.

From about 11:40 to 11:45, HUFF provided biographical background information to include: name, date of birth and his address in Georgia.

At about 11:45am, the interview began in earnest.

HUFF stated that by way of background, he had served as a sheet-metal worker in the United States Navy for several years, and that he had spent the last few years as owner/operator of his own outdoor lighting business in Georgia. When the economy slowed down to the recession, HUFF's business started to fail. HUFF has no real employment, his wife provides the sole source of income. HUFF

---

Investigation on    04/30/2010    at  710 Locust St, Knoxville TN

File # 266S-KX-72301-302                                    Date dictated

by   SA M. Scott Johnson
     TFO / FAM Michael Harrell

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Case 3:10-cr-00073-TAV-HBG    Document    Filed 08/13/10    Page 9 of 25

266S-KX-72301

is a self proclaimed preacher and has hosted bible study classes in his home for several years.

HUFF blamed the United States Congress for the failure of the economy and what he perceived to be the inevitable downfall of America. HUFF stated the recent Health Care Bill was the catalyst that drove him to action.

HUFF stated that he had a problem with the United States Congress violating their oaths to vote the will of the people when clearly the people did not want the Health Care Bill. For their violation of oaths, the entire United States Congress should be arrested.

HUFF stated that in August of 2009, he researched and joined the Oath-Keepers Organization. HUFF stated he agreed with what the organization stood for and was very energetic and involved in opening a Georgia Chapter. HUFF met with Rand Cardwell, the leader of the Tennessee Oath-Keeper Chapter on an unknown date to begin the process of initiating a Georgia Chapter. At an unknown date, a Georgia Chapter was opened however, HUFF was not placed in a leadership role within the new Georgia Chapter. HUFF stated that he felt that he had been usurped by Daniel Almond. Apparently after HUFF had organized a "meet and greet", at a local restaurant, Mr. Almond hosted another "meet and greet", but had listed it online as "official" and "real". HUFF felt slighted that he was not offered a more significant role within the organization. During his brief tenure with the Georgia Chapter, HUFF met WILLIAM LOOMAN, another like minded individual with whom he struck up a quick friendship.

HUFF stated that in December of 2009, or January of 2010, he and LOOMAN sought out and joined a local branch of the Georgia Militia. HUFF stated that the group offered more, "action" and "preparedness" in the face of the impending collapse of America. HUFF stated that he was accepted in at the rank of 2nd Lieutenant as he enrolled as a chaplain. HUFF advised that since LOOMAN was a sergeant in the United States Marines, he was accepted into the militia at the rank of sergeant. HUFF and LOOMAN trained with the militia on several "FTX's" (Field Training Exercises), and live fire exercises. HUFF admitted that he was the quartermaster for the militia and housed "a lot" of their weapons and gear at his residence. HUFF admitted to having a M-1919 single fire .306 caliber anti-aircraft gun, and the mount for it. HUFF stated that his purpose for the gun was to mount it in his 1995 Ford Panel work

FD-302a (Rev. 10-6-95)

266S-KX-72301

truck for display purposes only. HUFF stated that the gun and
mount were not his, but belonged to another member of the militia.
HUFF stated that since he no longer had active employment, he
elected to paint his business truck in a woodland camouflage paint
scheme to assist in his militia duties.

HUFF stated that he was contacted by RAND CARDWELL
sometime in late March of 2010 and was instructed to, "go to
Madisonville, TN on April 1st and bring a video camera". HUFF
followed the instructions, arriving in Madisonville on April 1st,
2010 to hear WALTER FITZPATRICK(266S-KX-72298) brief him, CARDWELL
and a few others on how he (FITZPATRICK)was going to attempt to
conduct a citizen's arrest on the Monroe County Grand Jury Foreman
Gary Petway. HUFF was instructed to video tape the incident. HUFF
complied and video taped the incident.

HUFF stated that once FITZPATRICK was arrested, his
interest in Monroe County and Tennessee Constitutional issues
escalated. HUFF traveled back to Madisonville on April 6th after
hearing that FITZPATRICK was on a hunger strike, in order to show
support. Upon arriving in Madisonville, he found that FITZPATRICK
had bonded out. HUFF, LOOMAN and FITZPATRICK had lunch together at
an un-named location. HUFF stated that on an unknown date, he
participated in a conference call with FITZPATRICK and several "law
minded" un-identified individuals. HUFF refused to discuss the
details of the conference call. HUFF stated that he had no further
contact with FITZPATRICK until April 20, 2010, when FITZPATRICK was
scheduled for initial court appearance.

HUFF stated that on April 20, 2010, he was traveling to
Madisonville to, "show support for WALT" (FITZPATRICK). HUFF
stated the reason he drove the "Oath-Keeper" truck was that he felt
that driving his "camo truck" would be more provoking to law
enforcement. HUFF stated that he went to Madisonville only as a
United States citizen and that he was not a representative of Oath-
Keepers or the Georgia Militia. HUFF admitted that he told
officers during a traffic stop before reaching Madisonville that he
was going there to conduct citizen's arrests, that he was armed
with a .45 caliber handgun for which he had a Georgia carry permit
and that he had an AK-47 with between 300-400 rounds. HUFF stated
during interview that he didn't actually have the AK-47 with him,
and that he told the officers that out of, "sheer stupidity".

HUFF stated that it was his intention, that if enough
people showed up "in force", that he would conduct a citizens

arrest. HUFF stated that he was only there to "support WALT" in serving the arrests. HUFF stated that he really didn't know how a citizen's arrest would be carried out, that it was his impression that if enough people showed up, a uniformed officer would just show up, change his (Officer's) mind and assist the crowd in what they needed done.

HUFF stated that he received no clear plan of action as to the protest on April 20, 2010. His carriage of weapons was purely to protect himself and anyone else there, supporting FITZPATRICK from corrupt Monroe County officials. HUFF claimed he had never said that he was going to, "take over the courthouse" and that he did not recall anyone in his group making that statement. HUFF stated that he had never met anyone from the Sons of Liberty motorcycle group until the morning of April 20, 2010. HUFF stated that he had briefed a Georgia FBI Agent during an interview prior to the 20th, and stated that he had given his plans and intents to the Agent.

HUFF stated that in his research of Monroe County, that the county had 36 vehicle fatalities, compared to the entire state of Tennessee with 116 in an un-named year. HUFF stated there was evidence of citizens being abused by law enforcement with tazers. HUFF intimated that citizens were being abused and killed by Monroe County law enforcement and government officials and that the high vehicle fatality rate was a way to cover up the killings. HUFF could not recall or cite his source for the research.

HUFF stated that CARL SWENSSON, an Oath-Keeper and ardent FITZPATRICK supporter, had video-taped the traffic stop of HUFF on the morning of the 20th, and had posted the video on you-tube. HUFF stated that when the video was seen by STUART RHODES (founder and national president of Oath-Keepers), RHODES met with HUFF. HUFF described the meet as "going dark", cell phones were surrendered by all members present. HUFF stated that Rhodes asked him, "why do you want Madisonville to be the flashpoint?" HUFF informed agents that "flashpoint" is a common word used when referring to the perceived imminent conflict with the government. HUFF denied trying to create a flashpoint at Madisonville, but advised he was kicked out of the Oath-Keepers and the Georgia Militia due to the rhetoric and bad publicity resulting from the traffic stop and his (HUFF's) taped speeches on www.riseupamerica.com. HUFF stated that a public message was sent to all members having log in access to the Oath-Keepers site, referencing him as a "Christian Extremist", "Right Wing Extremist",

266S-KX-72301

and "Supporter of the Aryan Brotherhood". HUFF stated his
separation from the Oath-Keepers was within the last few days
(April 28-29, 2010).

HUFF stated that an unknown individual had sent the Oath-
Keepers message regarding him to the Georgia Militia. Within two
days, HUFF received an e-mail from Georgia Militia Commander
Colonel Curt Redmon stating that HUFF was being released
involuntarily from the group.

HUFF stated that he was contacted by CARL SWENSSON, sent
copies of the FITZPATRICK arrest warrants electronically, and
instructed to travel to several counties in east Tennessee to
request assistance from the county sheriffs in serving the citizen
arrest warrants. HUFF stated that he had no money, so his trip was
"sponsored," he was given money for gasoline, hotels and expenses,
but refused to state who funded the trip.

An approximate time line of the interview with HUFF is as
follows:

> 1130 Water provided, HUFF made comfortable.
> 1135 SA Johnson reads HUFF the FD-395, Advice of Rights
> form. Huff says he understands those rights and
> wants to waive them so he can talk to the agents.
> HUFF voluntarily signs FD-395.
> 1140 Cuffs removed, general biographical information
> taken.
> 1145 HUFF offered food, he refuses.
> 1210 HUFF given a bathroom break, cuffs back on for
> walk to and from restroom, cuffs taken off to use
> restroom.
> 1217 Interview resumes.
> 1220 SA Mark Van Balen leaves interview room to obtain
> food, HUFF orders a bag of potato chips.
> 1225 HUFF voluntarily signs two (2) FD-26, Consent to
> search forms. One for his vehicle and one for his
> laptop computer, his cellular telephone and his
> residence in Georgia.
> 1226 Potato chips delivered to HUFF by SA Mark Van
> Balen.
> 1255 SA Mark Van Balen left interview to get a form
> from the US Attorney's Office.
> 1400 HUFF voluntarily signs Corley Waiver.
> 1400 HUFF given a bathroom break, and a cigarette break.

266S-KX-72301

Continuation of FD-302 of ____ Darren Wesley Huff _____ ____ , On 04/30/2010 , Page ___ 6 ___

          1420  Interview resumes.
          1630  SA Johnson left interview room, SA David Bukowski
                replaces SA Johnson.
          1650  SA Johnson returns to interview room, TFO Harrell
                leaves interview room.
          1700  TFO Harrell returns to interview room
          1715  Interview concludes.
          1755  HUFF allowed a smoke break and made a telephone
                call to his wife in Georgia.

          1835  SA Johnson and TFO Harrell transport HUFF to the
                Blount County Detention Facility.

          1918  Arrival at Blount County Detention Facility.

# Exhibit 5

# FBI Form 302 - interview of Lt. Donald Williams

# April 21 - 22, 2010

FD-302 (Rev. 10-6-95)

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription    05/03/2010

      Lieutenant (Lt.) Donald Williams, Tennessee Tenth
Judicial District Drug Task Force (DTF), PO Box 449, Charleston,
TN, telephone (423)336-9996, was telephonically interviewed on
April 21, 2010 and in person at the Federal Bureau of Investigation
(FBI) Joint Terrorism Task Force (JTTF) office at Knoxville, TN on
April 22, 2010.  Prior to any questioning, Lt. Williams was advised
of the identity of the interviewing Agent and the purpose of the
interview.

      Lt. Williams advised that he participated in a traffic
stop of DARREN WESLEY HUFF's vehicle at approximately 8:00 am on
April 20, 2010, along with other Agents of the DTF and State
Troopers of the Tennessee Highway Patrol (THP).  Lt. Williams
stated that HUFF was pulled over by Troopers Michael Wilson and
Kelly Smith for three traffic violations, to wit, traffic control
device, registration law and following too closely, on Highway 68,
in Sweetwater, TN.  Lt. Williams observed a pistol on HUFF's right
hip upon his exiting his vehicle.  Lt. Williams removed the pistol
for officer safety reasons, after which HUFF produced a Georgia
concealed weapons permit.  Also present in the vehicle was MICHAEL
WILLIAM DESILVA, who was not armed.  After receiving a warning,
HUFF was informed he was free to leave but he voluntarily engaged
the officers in conversation.  HUFF stated to Lt. Williams that if
they had enough armed people, they were going to take over the
Monroe County Courthouse.  Further, they planned to conduct arrests
on persons named in the criminal complaint and arrest warrants that
had been signed by Fitzpatrick, a copy of which HUFF provided to
Lt. Williams, along with an attached business card of Fitzpatrick.
There were twenty-four Federal, State and local officers listed on
the complaint and arrest warrant, who were charged with being
declared domestic enemies of the United States engaged in treason.
HUFF further stated that all of the members of the group he planned
to join in Madisonville (which he believed included members of a
group known as the "Oath Keepers") had a copy of the complaint and
arrest warrants and they were going to effect a citizen's arrest.

      HUFF further stated to Lt. Williams that they intended to
make physical arrests of various individuals and then turn these
officials over to the State Police to place them in jail.  HUFF
said that their group had their own Grand Jury and Judge.  HUFF
said he had the Constitutional right to bear arms, that he had an

| Investigation on | 04/21-22/2010 | at Knoxville, TN | |
|---|---|---|---|
| File # 266S-KX-72301 | | Date dictated | 05/01/2010 |
| by  A/SSA Mark A. Van Balen | | | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;
it and its contents are not to be distributed outside your agency.

266S-KX-72301

Continuation of FD-302 of _____A/SSA Mark A. VanBalen_____ , On 04/21-22/2010 Page ___2___

AK-47 and ammunition in the tool box of his truck and that he had
the right to take it out to protect himself. HUFF emphasized that
if they didn't have enough people on April 20 to do all they
planned to do that day, that they would be back in one to two
weeks. HUFF said he was ready to die for his rights and what he
believed in. HUFF would not consent to the officers searching his
truck.

Lt. Williams stated that when HUFF opened the door, Lt.
Williams observed two blue .45 pistol magazines in a pouch, which
HUFF identified as his. HUFF declined to relinquish his weapon but
agreed to lock it in his tool box later when he approached the
Courthouse. HUFF told Lt. Williams that if necessary, they would
come back and have a lot more armed people to take over the
Courthouse and effect all the arrests. HUFF was emphatic is saying
that he would die for his cause and would take out his AK-47 to
effect the necessary arrests.

Lt. Williams provided two DVD recordings of the HUFF
traffic stop on April 20, 2010 and copies of the citizens arrest
warrant, affidavit, business card of WALTER FRANCIS FITZPATRICK,
and Oath Keepers information.

# Exhibit 9

# 10th Judicial District Drug Task Force Supplemental Report, Mike Hall

## April 20, 2010

# 10th Judicial District Drug Task Force
## SUPPLEMENTAL REPORT

| | |
|---|---|
| Suspect: | (1) Darren Huff |
| Date: | April 20th, 2010 |
| Description: | Undercover operation |
| Case Agent: | Director, Mike Hall |

## Synopsis

On April 20th, 2010, I, Director Mike Hall of the 10th Judicial District Drug Task Force assisted other law enforcement agencies in Madisonville, Tennessee. (Monroe County) My duties were to work in an undercover capacity to gain intelligence, relay information to headquarters, I identify armed suspects and to help keep a peaceful watch for a possible takeover of the Monroe County courthouse on this date.

While working in an undercover capacity I was in Donnas Restaurant located directly across from the Monroe County court house. Law enforcement had previously received information that a group of "constitutionalist" / Militia were going to meet at Donnas Restaurant to discuss their plan of action to affect the citizen's arrests of several public servants of the 10th Judicial District.

While inside Donnas Restaurant I observed Mr. Darren Huff enter the restaurant, who was identified earlier as the chaplain of the Georgia militia. Previous to Mr. Huff's arrival to Donnas Restaurant he was stopped by Lt. Donald Williams of the 10th Judicial District Drug Task Force. Lt. Williams advised me that Mr. Huff was armed and had intentions to affect "citizen's arrest" in Madisonville Tennessee. Lt. Williams advised that Mr. Huff had a .45 cal. Pistol and Lt. Williams stated that Mr. Huff had an AK 47 assault rifle in his tool box as well.

Mr. Huff was wearing a Black button up style short sleeve shirt and I identified from a photograph that was presented to me earlier. Mr. Huff has a small crowed of people near him inside the restaurant and was giving a motivational speech. In the body of Mr. Huff's speech he talked about being stopped and profiled by law enforcement. Mr. Huff stated that if there were enough people that would show that his intentions were to affect the "citizen's arrest" that Mr. Fitzpatrick had prepared, and take over the court house. Mr. Huff quoted scripture from the bible Isaiah chapter 59 "when the enemy comes in like a flood the lord will raise up a standard against him." Mr. Huff stated that his fight is not just a political fight but a religious fight. Mr. Huff stated that when the officers pulled him over that he did in fact have an AK 47 rifle in his vehicle and stated that he had 300 to 400 rounds to go with it.

While Mr. Huff was giving his motivational speech, I observed others in the restaurant that was armed with hand guns. At times would go to the restroom of the restaurant transmitting the information back to headquarters, using a handheld portable radio.

At approximately 8:25am to 8:30am Mr. Huff went outside and talked to a gentleman outside of the restaurant. I went outside and stood next to Mr. Huff. I heard Mr. Huff state to the Gentleman located to his left that "today would be a good day to take it over because it is raining and they don't think we will do it! I just wish we had more people here to help the cause." Mr. Huff looked at me and turned around, motioned for the gentlemen that he was talking to and went back inside the restaurant. At this point I went to a different location to observe because I felt like I was compromised as an undercover agent. I again transmitted through a police issued radio the intelligence that I had gathered.

Director, Mike Hall
10th Judicial District Drug Task Force

# Exhibit 6

# Tennessee Highway Patrol video of vehicle stop

# April 20, 2010

The video provided to the defendant by the government is a compilation of all stops recorded on Trooper Wilson's video recorder on that date.

To review the stop of Mr. Huff, the Court is directed to the video recording 4th from the bottom of the list, dated 2010-04-20 at 07:08:54.0. The encounter continues on the next entry, dated 2010-04-20 at 9:43:19.0.

# Exhibit 7

# Tennessee 10th Judicial District Drug Task Force

# Dash Cam video of vehicle stop

# April 20, 2010

# Exhibit 8

# Donna's Restaurant Sound Recording

# April 20, 2010

# Exhibit 10

# Huff Sound Byte #1

# Exhibit 11

# BlogTalkRadio.com Audio Recording

# April 20, 2010

This audio tape contains several entries.  The reference in the Motion is to the entry entitled "Grand Jury."