# UNITED STATES DISTRICT COURT

| EASTERN | DISTRICT OF | TENNESSEE |

UNITED STATES OF AMERICA

V.

DARREN WESLEY HUFF

**EXHIBIT AND WITNESS LIST**

Case Number: 3:10-CR-73

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| H. Bruce Guyton | A. William Mackie | Jonathan Moffatt, Paula Voss, Ann Passino |

| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| September 22, 2010 | Jolene Owen | Julie Norwood |

| PLF. NO. | DEF. NO. | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|
| W | | | | **MICHAEL WILSON, THP** |
| 1 | | X | X | **Monroe County Map** |
| 2 | | X | X | **Photo of GMC Truck** |
| 3 | | X | X | **THP Video of Traffic Stop** |
| 4 | | X | X | **Georgia Firearm License** |
| 5 | | X | X | **THP Warning Tickets** |
| 6 | | X | X | **THP Suspicious Activity Report** |
| | 7 | X | X | **Collective Photos: northbound Interstate 75 Exit 60 & State Route 68 taken on Monday September 20, 2010** |
| | | | | |
| | W | | | **William Michael Desilva** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

\* **S**-Admitted by Stipulation, **\*\*Color Code**: Yellow-ID Only; Pink-Plaintiff's Witness; Blue-Defendant Witness.