UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE, AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| V. | ) | NO. 3:10-CR-73 |
| | ) | VARLAN / GUYTON |
| DARREN HUFF | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO REPORT AND RECOMMENDATION

Comes the defendant, Nathaniel Maurice Parker, by and through counsel, and moves this Court for an extension of the deadline to file objections to the Report and Recommendation (Doc. 76) filed by the United States Magistrate Judge on March 11, 2011. Counsel for Defendant would show that this Report and Recommendation deals with four separate legal issues. The defendant requests that this deadline be extended twenty-eight (28) days until April 22, 2011. The defendant's counsel would show that his counsel intends to file objections but has not been able to complete the objections due to an unusual number of court appearances and other duties connected with his caseload over the past several weeks. Additionally, one of the attorneys assigned to the case has been out of the office for several weeks due to a medical procedure and her necessary absence has affected, and will affect, the ability of counsel to file the necessary objections to the Report and Recommendation.

Respectfully submitted this the 25th day of March, 2011.

FEDERAL DEFENDER SERVICES OF
EASTERN TENNESSEE, INC.

By:    <u>s/ Jonathan A. Moffatt</u>
        Jonathan A. Moffatt
        Asst. Federal Community Defender
        800 S. Gay Street, Suite 2400
        Knoxville, TN 37929
        (865) 637-7979
        BOPR No. 18137

**COUNSEL FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

     I hereby certify that on March 25, 2011, a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

                                              s/Jonathan A. Moffatt
                                              Jonathan A. Moffatt

2

Case 3:10-cr-00073   Document 77   Filed 03/25/11   Page 2 of 2   PageID #: 645