UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No.: 3:10-CR-73 (VARLAN/GUYTON) |
| DARREN HUFF, | ) ) | |
| Defendant. | ) | |

**ORDER**

This criminal matter is before the Court on the defendant's Motion for Extension of Time to File Objections to Report and Recommendation [Doc. 77]. The defendant requests an extension of time, up to and including April 22, 2011, in which to file objections to the Report and Recommendation of the magistrate judge [Doc. 76]. As grounds, counsel for the defendant submits that he intends on filing objections but has not been able to do so due to an unusual number of court appearances and other duties associated with his caseload over the past several weeks. Counsel for the defendant also submits that one of the attorneys assigned to the case has been out of the office for several weeks due to a medical procedure and her necessary absence has affected, and will affect, the ability of counsel to file the necessary objections to the Report and Recommendation.

For good cause shown, the defendant's motion [Doc. 77] is hereby **GRANTED** and the defendant shall have up to and including **April 22, 2011** in which to file objections to the Report and Recommendation, if any.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE