# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# CRIMINAL MINUTES - GENERAL

**Case No.**: 3:10-cr-73     **At:** Knoxville, TN - Courtroom 3A     **Date:** April 1, 2011

United States of America **vs.** Darren Wesley Huff   (On Release - Not present)

---

**Present Before:** The Honorable Bruce Guyton, U.S. Magistrate Judge

| Mallory Maurer | Jolene Owen | Michelle Gensheimer |
|---|---|---|
| **Courtroom Deputy** | **Court Reporter** | **Law Clerk** |

| A. William Mackie | Jonathan A. Moffatt |
|---|---|
| Jeffrey Theodore | Anne Passino |
| **Assistant U.S. Attorney** | **Attorney for Defendant** |

**Others present:** USM, CSO

**Proceedings:** Hearing held as to Defendant's Motion to Continue (Doc. 78). Government did not oppose motion. Court granted motion. The following dates and deadlines were reset:

**Jury Trial:** 8/16/2011 @ 9:00 a.m. before District Judge Thomas A. Varlan
**Pretrial Conf:** 8/2/2011 @ 11:00 a.m. before Magistrate Bruce Guyton
**Plea Cut-Off:** 8/2/2011

**Time:**  11:05 a.m.   **to**   11:10 a.m.