IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CASE NO. 3:10-CR-73 |
| ) | VARLAN / GUYTON |
| DARREN HUFF ) | |
| ) | |

**MOTION TO WITHDRAW**

Federal Defender Services of Eastern Tennessee, Inc., appointed counsel for the defendant, Darren Huff, respectfully moves the Court to relieve the office as counsel in this case. In support of the motion, counsel would show that the attorney-client relationship has deteriorated to the point that counsel can no longer provide the effective, zealous representation required by the Tennessee Rules of Professional Conduct.

Wherefore, for the reasons stated above, Paula R. Voss, Jonathan A. Moffatt, Anne E. Passino and the firm of Federal Defender Services of Eastern Tennessee, Inc. respectfully move the Court for an Order allowing them to withdraw as counsel for Darren Huff and to be relieved of any and all further responsibility as counsel in this matter.

Respectfully submitted this 19th day of July, 2011.

　　　　　　　　　　　　　　　　　FEDERAL DEFENDER SERVICES
　　　　　　　　　　　　　　　　　　OF EASTERN TENNESSEE, INC.

　　　　　　　　　　　　　　　By:　　　　s/ Paula R. Voss
　　　　　　　　　　　　　　　　　Paula R. Voss BPR No. 007148
　　　　　　　　　　　　　　　　　COUNSEL FOR DEFENDANT
　　　　　　　　　　　　　　　　　Asst. Federal Community Defenders
　　　　　　　　　　　　　　　　　800 S. Gay Street, Suite 2400
　　　　　　　　　　　　　　　　　Knoxville, TN  37929
　　　　　　　　　　　　　　　　　(865) 637-7979

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2011, a copy of the foregoing Motion to Withdraw was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

                                            s/ Paula R. Voss
                                            Paula R. Voss