IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:10-CR-73 |
| Plaintiff, | ) | JUDGE VARLAN |
| v. | ) | |
| | ) | |
| DARREN WESLEY HUFF, | ) | |
| Defendant. | ) | |

## MOTION FOR CLARIFICATION

COMES the Defendant in the above-entitled action, Darren Wesley Huff, and moves this Court to clarify its position on the Second Amendment, U.S. Constitution.

Defendant is unsure whether or not this Court will allow him to testify that he believed his actions were protected under the Second Amendment.

See Memorandum of Law in Support, attached hereto.

WHEREFORE, Defendant Darren Wesley Huff moves this Court to grant him the relief he requests.

Respectfully submitted,

Dated: July 28, 2011

Darren Wesley Huff
617 Shoals Trail
Dallas, GA 30132

1