UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CRIMINAL MINUTES - GENERAL

**Case No.**: 3:10-cr-73  **At:** Knoxville, TN - Courtroom 3A  **Date:** August 2, 2011

United States of America  **vs.**  Darren Wesley Huff (On release - Present)

**Present Before:** The Honorable Bruce Guyton, United States Magistrate Judge

| Mallory Maurer | Netta Kocuba | Katherine Layman |
|---|---|---|
| **Courtroom Deputy** | **Court Reporter** | **Law Clerk** |

|  |  |
|---|---|
|  | Jonathan A. Moffatt |
| A. William Mackie | Paula R. Voss |
| Jeffrey E. Theodore | Anne Passino |
| **Assistant U.S. Attorney** | **Attorney for Defendant** |

**Others present:** USM, CSO, CJA Panel Attorney Scott Green

**Proceedings:** Motion Hearing/ Pretrial Conference held re the Motion to Withdraw as Attorney (Doc. 104) by the Federal Defender Services and Attorney Passino. Court held sealed portion of hearing to discuss the motion with the defendant and defense counsel. Defendant sworn. Government asked to return to courtroom and government advised that it is not taking a position on the motion. Court granted motion. CJA Panel Attorney Scott Green was present and appointed as counsel. Attorney Green was substituted as counsel of record and the Federal Defenders and Attorney Passino were relieved as counsel in this case. Attorney Green made an oral motion to continue trial. Oral motion was unopposed by the government. Court granted oral motion and reset deadlines and hearings. Order to follow.

    **Dates and Deadlines Reset:**

    **Trial:** 10/18/2011 at 9:00 a.m. before District Judge Thomas A. Varlan
    **Pretrial Conference:** 10/4/2011 at 11:30 a.m. before Magistrate Judge Bruce Guyton
    **Motion DDL:** 8/23/2011
    **Plea Cut-Off:** 10/4/2011
    **Deadline for adopting motions (Docs. 102 and 103):** 8/23/2011

[X] Defendant to remain on conditions [] defendant released to custody of US Marshal

**Time:** 11:15 a.m.     **to**     11:45 a.m.