IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                    Docket No: 3:10–CR-73
                                              Varlan/Guyton

DARREN WESLEY HUFF,

    Defendant.

## MOTION
## TO EXTEND
## DEADLINE

      Comes now the accused, Darren Wesley Huff, by and through his undersigned counsel, who respectfully moves this Honorable Court to enter an Order wherein the motion deadline is extended for an additional two (2) weeks, or until September 7th, 2011. In support of the foregoing, Mr. Huff would show as follows:

      1. The material supplied by the Federal Defender Services to the undersigned is voluminous. While the undersigned has reviewed much of this material, the entirety of same has not been reviewed.

      2. The undersigned and Mr. Huff have met for an extended conference, but have not discussed Mr. Huff's proposed pro-se motions.

      3. The undersigned has spoken with Assistant United States Attorney Will Mackie who does not oppose this motion.

WHEREFORE, based upon the foregoing, Darren Wesley Huff respectfully moves this Honorable Court to enter an Order extending the deadline to file motions.

Submitted this 23rd day of August, 2011.

**s/G. Scott Green**
G. SCOTT GREEN, BPR #012872
800 S. Gay Street, Suite 1650
Knoxville, TN 37929
(865) 637-0134

## CERTIFICATE OF SERVICE

The undersigned hereby certifies on this date a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

This the 23rd day of August, 2011.

**s/G. Scott Green**
G. SCOTT GREEN
