# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                        Docket No: 3:10–CR-73
                                                              Varlan/Guyton

DARREN WESLEY HUFF,

    Defendant.

## MOTION
## FOR RETURN
## OF PROPERTY

Comes now the accused, Darren Wesley Huff, by and through his undersigned counsel, who respectfully moves this Honorable Court to enter an Order wherein all personal property belonging to Mr. Huff which will not be utilized as evidence be returned to Mr. Huff. In support of the foregoing, Mr. Huff would show as follows:

1. Pursuant to the search of the vehicle Mr. Huff was operating when arrested, items of personalty were seized from vehicle by law enforcement officers.

2. Pursuant to the execution of a search warrant at Mr. Huff's residence numerous items of Mr. Huff's personal property were seized by law enforcement officers.

3. Where the items seized are not contraband, and where any such item seized will not be introduced as evidence, the United States does not have a legitimate reason to maintain continued custody of any such personalty.

WHEREFORE, based upon the foregoing, Darren Wesley Huff respectfully moves this Honorable Court to enter an Order granting the relief sought in the premises of this motion.

Submitted this 29th day of August, 2011.

**s/G. Scott Green**
G. SCOTT GREEN, BPR #012872
800 S. Gay Street, Suite 1650
Knoxville, TN 37929
(865) 637-0134

## CERTIFICATE OF SERVICE

The undersigned hereby certifies on this date a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

This the 29th day of August, 2011.

**s/G. Scott Green**
G. SCOTT GREEN
