# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:10-CR-73 |
| | ) | |
| DARREN WESLEY HUFF, | ) | (VARLAN/GUYTON) |
| | ) | |
| Defendant. | ) | |

## O R D E R

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation as may be appropriate. On August 2, 2011, the Court substituted new counsel, Attorney G. Scott Green, for the Defendant, and set a deadline of August 23, 2011, for Attorney Green to determine whether to pursue the Defendant's *pro se* motions [Docs. 102 and 107] or to file any other pretrial motions. On August 25, the Court granted [Doc. 111] the Defendant's request for an extension of this motion deadline to September 7, 2011. Thereafter, the Defendant filed a Motion for Return of Property [Doc. 112]. Having not previously set a response deadline, the Court **ORDERS** that the Government's deadline for responding to the Motion for Return of Property is **September 12, 2011**. The deadline for responding to any additional motions filed by September 7 and to the Defendant's original *pro se* motions, should Attorney Green file a notice that the Defendant seeks to pursue these motions, is **September 21, 2011.**

**IT IS SO ORDERED.**

ENTER:

_____s/ H. Bruce Guyton_____
United States Magistrate Judge