UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | No. 3:10-CR-73 |
| | ) | |
| **DARREN WESLEY HUFF** | ) | (VARLAN/GUYTON) |

## GOVERNMENT'S BILL OF PARTICULARS

Now comes the United States of America, by and through the United States Attorney, William C. Killian, and hereby provides the following bill of particulars as ordered by the Court [Doc. 106]:

**1. Listing all locations that comprise the "and elsewhere" in which the crimes in Counts One and Two are alleged to have occurred:**

"[A]nd elsewhere" includes Interstate-75 in Hamilton County, Bradley County and McMinn County, Tennessee.

**2. Stating whether a civil disorder, as defined in 18 U.S.C. § 232(1) occurred in Monroe County, Tennessee, on April 20, 2010, in connection with Counts One and Two:**

The government does not assert that a civil disorder, as defined in 18 U.S.C. § 232(1), actually occurred in Monroe County, Tennessee, on April 20, 2010, in connection with Counts One and Two.

**3. The location and approximate time (if known) of the civil disorder alleged in Counts One and Two:**

Not applicable based on the previous answer.

**4. A list of any "acts of violence" that occurred during the civil disorder alleged in Counts One and Two:**

    Not applicable based on the answer in number 2.

**5. If any acts of violence occurred during the civil disorder alleged in Counts One and Two, a general description of any property damage and/or personal injury that resulted from the acts of violence:**

    Not applicable based on the answer in number 2.

    Respectfully submitted this 8th day of September, 2011.

                                              WILLIAM C. KILLIAN
                                              UNITED STATES ATTORNEY

                        By:   *s/ Jeffrey E. Theodore*
                                  Jeffrey E. Theodore
                                  A. William Mackie
                                  Assistant United States Attorneys
                                  800 Market Street, Suite 211
                                  Knoxville, Tennessee 37902
                                  Telephone: (865) 545-4167

## CERTIFICATE OF SERVICE

    I hereby certify that on September 8, 2011, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

                                              *s/ Jeffrey E. Theodore*
                                              Jeffrey E. Theodore
                                              Assistant United States Attorney