FD-597 (Rev 8-11-94)

Page 1 of 1

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 2665-KX-29301

On (date) 5-3-2010

item(s) listed below were:
☐ Received From
☒ Returned To
☐ Released To
☐ Seized

(Name) Darren W. Huff
(Street Address) 617 Shoals Trail
(City) Dallas GA 30132

Description of Item(s):

DWH 1- Gold Colored Invicta Watch
DWH 1- Black mens belt
DWH 1- Brown mens wallet Containing:
    SAMS CLUB CARD
    GEORGIAS DRIVERS LICENSE
    DEBIT CARD PERSONAL
    DEBIT CARD BUSINESS
    FIREARMS LICENSE - CARRY PERMIT GA
    $.06 Six Cents
DWH 1- BLACK BERRY CELL PHONE S/N UNKNOWN ENCASED IN BODY GLOVE WITH CLIP - S/N NOT OBTAINED DUE TO DAMAGE RISK REMOVING CASE. MH

Received By: _____ (Signature)    Received From: _____ (Signature)

Case 3:10-cr-00073   Document 115-1   Filed 09/12/11   Page 1 of 1   PageID #: 859