UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # _____

On (date) __May 3, 2010__

item(s) listed below were:
☐ Received From
☒ Returned To
☐ Released To
☐ Seized

(Name) __Darren Wesley Huff__

(Street Address) _____

(City) _____

Description of Item(s): __One (1) HP Pavilion dv2000, S/N 2CE8460DGJ with power cord.__

Received By: _____(Signature)_____   Received From: _____(Signature)_____