UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF ~~INVESTIGATION~~
Receipt for Property Received/~~Returned~~/Released/Seized

File # 2b65-KX-72301

**ATTACHMENT 3**

On (date) 06/11/10

item(s) listed below were:
- [ ] Received From
- [x] Returned To
- [ ] Released To
- [ ] Seized

(Name) Darren Huff
(Street Address) 617 Shoals Trail
(City) Dallas, GA 30132

Description of Item(s): DWH (1) One makita metallic box w/ subdued American Flag
DWH One (1) DVD Containing pornographic material "TRANNY HUNTER"
DWH One (1) Pink DILDO with remote
DWH One (1) Makita Impact wrench S/N 0081913
DWH two (2) nut drivers
DWH Four (4) Condoms
DWH One (1) bottle of KY Gel
DWH One (1) Master Card # _____ -1017

Received By: (Signature)  Received From: (Signature)