FD-597 (Rev 8-11-94)

Page 1 of 1

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 2665-KX-72301

On (date) April 30, 2010

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☑ Seized

(Name) CINDY HUFF
(Street Address) 617 SHOALS TRAIL
(City) DALLAS GEORGIA

Description of Item(s):

(1) AK-47 ROMARM SERIAL# AD-25-7980 w/ 4 MAGAZINES

(1) AMMO CAN w/ 390 5.56 caliber rounds

Received By: _____(Signature)_____ Received From: _____(Signature)_____