# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                        Docket No: 3:10–CR-73
                                                               Varlan/Guyton

DARREN WESLEY HUFF,

    Defendant.


# MOTION TO MODIFY
# MR. HUFF'S CONDITIONS
# OF RELEASE

Comes the accused, Darren Wesley Huff, by and through his undersigned counsel, who respectfully moves this Honorable Court to enter an Order modifying the terms and conditions of Mr. Huff's pre-trial release by eliminating any restriction upon his liberty. In support of the foregoing, Mr. Huff would show the following:

1. Mr. Huff is forbidden to leave the State of Georgia without the permission of his pre-trial services officer. Moreover, Mr. Huff is forbidden to speak with, nor have contact with, certain potential witnesses in this case.

2. It is imperative that counsel have Mr. Huff's assistance and presence when preparing for the trial of this cause. For instance, counsel must have Mr. Huff's assistance when identifying where he went on April 20, 2010. There is no viable basis to deny Mr. Huff the ability to meet with and confer with his attorney and investigator in every step undertaken in Mr. Huff's defense. Moreover, Mr. Huff's presence should be allowed when witness(es) are

interviewed, subject only to the decision by he and his counsel on the appropriateness of his presence for each such interview.

3. Mr. Huff has fully, faithfully, and diligently complied with each restriction upon his liberty that this Court has previously proposed. His prior adherence to this Court's Orders compel the conclusion that any restriction upon his liberty is both unnecessary and onerous.

WHEREFORE, based upon the foregoing, Darren Wesley Huff respectfully moves this Honorable Court to enter an Order granting the relief sought in the premises of this motion.

Submitted this 23rd day of September, 2011.

<u>s/G. Scott Green</u>
G. SCOTT GREEN, BPR #012872
800 S. Gay Street, Suite 1650
Knoxville, TN 37929
(865) 637-0134

## CERTIFICATE OF SERVICE

The undersigned hereby certifies on this date a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

This the 23rd day of September, 2011.

**s/G. Scott Green**
G. SCOTT GREEN