# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.                      Docket No: 3:10–CR-73
                              Varlan/Guyton

DARREN WESLEY HUFF,

    Defendant.

## MOTION
## *IN LIMINE* #4

Comes the accused, Darren Wesley Huff, by and through his undersigned counsel, who respectfully moves this Honorable Court to enter an Order, *in limine* wherein the Court precludes the United States from eliciting the following information in the presence of the jury:

    (A)  That the group "oathkeepers" terminated Mr. Huff's membership within that organization.

    (B)  That the "Georgia Militia" terminated Mr. Huff's membership within that organization.

In support of the foregoing, Mr. Huff would show as follows:

    1.  Each of the aforesaid organizations terminated Mr. Huff's membership after news of his arrest in this case became public knowledge.

    2.  Based upon information and belief, each of the aforesaid organizations based its decision to terminate Mr. Huff's membership upon the premise that Mr. Huff engaged in violence, and/or that Mr. Huff brought unwanted attention upon each organization.

3. The motive(s) or justification(s) each such organization had when terminating Mr. Huff's membership are not germane, nor relevant, to the issue(s) before the jury in this case. Moreover, permitting the jury to hear that Mr. Huff's membership was terminated presupposes that each such group determined that Mr. Huff had done something wrong/illegal.

WHEREFORE, based upon the foregoing, Darren Wesley Huff respectfully moves this Honorable Court to enter an Order, *in limine*, granting the relief sought in the premises of this Motion.

Submitted this 30th day of September, 2011.

**s/G. Scott Green**
G. SCOTT GREEN, BPR #012872
800 S. Gay Street, Suite 1650
Knoxville, TN 37929
(865) 637-0134

## CERTIFICATE OF SERVICE

The undersigned hereby certifies on this date a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

This the 30th day of September, 2011.

**s/G. Scott Green**
G. SCOTT GREEN
