IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

FILED
2011 OCT -3 P 2: 06
U.S. DISTRICT COURT
EASTERN DIST. TENN.
_____DEPT. CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:10-CR-73 |
| Plaintiff, | ) | JUDGE VARLAN |
| v. | ) | |
| | ) | |
| DARREN WESLEY HUFF, | ) | |
| Defendant. | ) | |

## SECOND MOTION TO DISMISS
## FOR INEFFECTIVE ASSISTANCE OF COUNSEL

COMES the Defendant in the above-entitled action, Darren Wesley Huff, and moves this Court to dismiss the indictment against him for the reason that said counsel is not only ineffective, he appears to be either incompetent or attempting "to sell the Defendant down the river."

See Memorandum of Law in Support, attached hereto.

WHEREFORE, Defendant Darren Wesley Huff Defendant moves this Court to dismiss the indictment against him, *with prejudice.*

Respectfully submitted,

Dated: September 29, 2011

Darren Wesley Huff
617 Shoals Trail
Dallas, GA 30132

1