From: Darren W. Huff
617 Shoals Trail
Dallas, GA. 30132

FIRST CLASS

RECEIVED
OCT - 3
Clerk, U.S. D...
Eastern District...

