# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.                              Docket No: 3:10–CR-73
                                          Varlan/Guyton

DARREN WESLEY HUFF,

    Defendant.

## MOTION
## *IN LIMINE #7*

Comes the accused, Darren Wesley Huff, by and through his undersigned counsel, who respectfully moves this Honorable Court to enter an Order, *in limine* which prohibits the United States from attempting to elicit testimony from witness Robert Shane Longmire wherein such testimony relates to the account activity, in any form, of Mr. Huff's account(s) at Chase Bank. In support of the foregoing, Mr. Huff would show as follows:

1. He is indicted for alleged violations of 18 U.S.C. §231, and 18 U.S.C. §924(c).

2. It is anticipated the United States will call Robert Shane Longmire as a witness in the trial of this cause. Mr. Longmire is the branch manager for Chase Bank in Hiram, Georgia, and as such, has access to the financial information for customers of this bank. Such financial information is private in nature and may not be disseminated without the customer's consent, and/or without judicial authorization, or pursuant to law enforcement

requests when investigating international terrorism, or certification by the F.B.I. Director or his designee.

3. Pursuant to its discovery obligation, the United States provided an F.B.I. 302 which memorializes an interview between Mr. Longmire and Special Agent Adam Rowland conducted in April 19, 2010. Within the 302 Agent Rowland reports that Longmire related the following:

> LONGMIRE advised HUFF is forty years old and had filed for bankruptcy approximately one year ago. HUFF is married and his wife's name is on his account. HUFF has his own artistic light design business where he designs lighting schemes for homes. In recent weeks, HUFF made several ATM withdrawals and completed a $400.00 purchase from an Army/Navy surplus store in Georgia.

On May 4, 2010 Agent Rowland reinterviewed Mr. Longmire who related the following:

> LONGMIRE further advised that since the first incident, HUFF visits the branch once or twice per week to deposit small checks ($100 - $200). LONGMIRE believes the checks are for work done in his lighting business. HUFF returns a day or two later to withdraw the same amount in cash.

4. Because the Chase Bank is a "financial institution" as defined by 12 U.S.C. §3401(1), its agents, and employees are subject to federal law. Mr. Longmire violated 12 U.S.C. §3401, *et seq.* when he disseminated Mr. Huff's financial information to the F.B.I. Mr. Huff has never consented to the release of this information, nor has the United States provided any documentary evidence to the undersigned which would justify acquisition of the aforesaid financial information.

WHEREFORE, based upon the foregoing, Darren Wesley Huff respectfully moves this Honorable Court to enter an Order, *in limine*, granting the relief sought in the premises of this Motion.

Submitted this 3rd day of October, 2011.

**s/G. Scott Green**
G. SCOTT GREEN, BPR #012872
800 S. Gay Street, Suite 1650
Knoxville, TN 37929
(865) 637-0134

## CERTIFICATE OF SERVICE

The undersigned hereby certifies on this date a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

This the 3rd day of October, 2011.

**s/G. Scott Green**
G. SCOTT GREEN
