**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

UNITED STATES OF AMERICA,

      Plaintiff,

v.                               Docket No:  3:10–CR-73
                                                Varlan/Guyton

DARREN WESLEY HUFF,

      Defendant.

## MOTION TO WITHDRAW

      Comes the undersigned, as counsel for the accused, Darren Wesley Huff, who respectfully moves this Honorable Court to enter an Order permitting him to withdraw from further representation of Mr. Huff.  In support of the foregoing, the undersigned would show that the attorney-client relationship has deteriorated and degenerated to the extent that the undersigned can no longer provide the zealous representation required by the Tennessee Rules of Professional Conduct.

      WHEREFORE, based upon the foregoing, the undersigned respectfully moves this Honorable Court to enter an Order wherein he is permitted to withdraw as counsel and to be relieved of further responsibility in this cause.

      Submitted this 3rd day of October, 2011.

                                     **s/G. Scott Green**
                                      G. SCOTT GREEN, BPR #012872
                                      800 S. Gay Street, Suite 1650
                                      Knoxville, TN 37929
                                      (865) 637-0134

## CERTIFICATE OF SERVICE

The undersigned hereby certifies on this date a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

This the 3rd day of October, 2011.

s/G. Scott Green
G. SCOTT GREEN