UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CRIMINAL MINUTES

**Case No.**: 3:10-CR-73   **At:** Knoxville - TN, Courtroom 3A   **Date:** October 4, 2011

United States of America   **vs.**  Darren Wesley Huff (On release - Present)

**Present Before:**  The Honorable Bruce Guyton, United States Magistrate Judge

| Mallory Maurer | Emily Alverez | Michelle Gensheimer |
|---|---|---|
| **Courtroom Deputy** | **Court Reporter** | **Law Clerk** |

A. William Mackie
Jeffrey E. Theodore           G. Scott Green, CJA Appointed
**Asst. U.S. Attorney**         **Attorney for Defendant**

**Others present:** CSO, USM

**Proceedings:** Pretrial Conference/ Motion hearing held.  Court held sealed portion without the presence of the Government to address Motion to Withdraw as Attorney by G. Scott Green (Doc. 130).  Defendant sworn.  Arguments heard.  Government invited back to courtroom.  Court found that the Motion to Withdraw (Doc. 130) is denied.  Arguments heard re Motion for Return of Property (Doc. 112).  Motion granted in part.  Court denied Motion for Leave to File Supplemental Motion to Dismiss (Doc 124).  Motions in Limine (Docs. 119, 120, 121, 122, 123, 128, and 129) to be ruled on by the District Judge.  Order to follow.

**[X] Defendant to remain on release**         **[] Defendant remanded to custody of USM**

**Time:**         11:35 a.m.     **to**      12:00 p.m.