# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                           Docket No: 3:10–CR-73
                                                Varlan/Guyton

DARREN WESLEY HUFF,

    Defendant.

## MR. HUFF'S
## SPECIAL REQUEST #1

    Comes now the accused, Darren Wesley Huff, by and through his undersigned counsel, who respectfully moves this Honorable Court, to instruct the jury as follows:

> Within the State of Tennessee a citizen may lawfully arrest another person under certain circumstances. Pursuant to Tennessee law, a private citizen may arrest another person if any of the following grounds exist:
>
>     (a) For a public offense committed in the arresting person's presence; or,
>
>     (b) When the person arrested has committed a felony, although not in the arresting person's presence; or
>
>     (c) When a felony has been committed, and the arresting person has reasonable cause to believe that the person arrested committed the felony.
>
> A private person who has arrested another for a public offense shall, without unnecessary delay, take the arrested person before a magistrate or deliver the arrested person to an officer. [1]

---

[1] Authority: TCA §40-7-109; TCA §40-7-113; 18 U.S.C. §233.

You may consider this instruction for the limited purpose of determining whether or not the (Defendant/Mr. Huff) had an unlawful intent to violate Title 18, Section 231 as alleged in Count I.

You should not attempt to determine whether or not sufficient cause existed to warrant an arrest by the (Defendant/Mr. Huff).

Submitted this 11th day of October, 2011.

**s/G. Scott Green**
G. SCOTT GREEN, BPR #012872
800 S. Gay Street, Suite 1650
Knoxville, TN 37929
(865) 637-0134

## CERTIFICATE OF SERVICE

The undersigned hereby certifies on this date a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

This the 11th day of October, 2011.

s/G. Scott Green
G. SCOTT GREEN
