IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA,

  Plaintiff,

v.               Docket No: 3:10–CR-73
                   Varlan/Guyton

DARREN WESLEY HUFF,

  Defendant.

## MR. HUFF'S SPECIAL REQUEST #2

  Comes now the accused, Darren Wesley Huff, by and through his undersigned counsel, who respectfully moves this Honorable Court, to instruct the jury as follows:

> You have heard evidence that the defendant possessed a 45 caliber pistol, and an AK-47 rifle.
>
> The Court instructs you that, because (the Defendant/Mr. Huff) possessed a valid carry permit from the State of Georgia, the Second Amendment to the United States Constitution guarantees his right to possess, transport, and carry these weapons. The right to keep and bear arms under the Second Amendment is an individual right of every citizen which is grounded in the inherent right of self-defense. [1]
>
> The (Defendant/Mr. Huff) is not charged with illegally possessing any firearm. It is legal for the (Defendant/Mr. Huff) to possess each weapon, and you may draw no inference that he is guilty of any offense charged or included within this indictment based solely upon his possession of either (or both) weapons.

---

[1] Authority: *District of Columbia v. Heller*, 128 S.Ct.2783, 2817 (200

The Court further instructs you that it is not a violation of the law for the (Defendant/Mr. Huff) to peacefully demonstrate, or protest, while armed with one or more weapons.

You may consider the (Defendant's/Mr. Huff's) possession of each weapon only as each weapon is relevant to an element, or elements of the offenses charged, or included within the indictment. [2]

Submitted this 11th day of October, 2011.

**s/G. Scott Green**
G. SCOTT GREEN, BPR #012872
800 S. Gay Street, Suite 1650
Knoxville, TN 37929
(865) 637-0134

---

[2] Authority: United States Constitution, 2nd Amendment.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies on this date a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

This the 11th day of October, 2011.

**s/G. Scott Green**
G. SCOTT GREEN