IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                       Docket No: 3:10–CR-73
                                                Varlan/Guyton

DARREN WESLEY HUFF,

    Defendant.

## MR. HUFF'S
## SPECIAL REQUEST #3

Comes now the accused, Darren Wesley Huff, by and through his undersigned counsel, who respectfully moves this Honorable Court, to instruct the jury as follows:

> The United States must prove beyond a reasonable doubt that the (Defendant/Mr. Huff) had the specific intent required by Title 18, Section 231 (a)(2) of the United States Code at and during the time he may have transported a firearm in interstate commerce.
>
> The United States must prove beyond a reasonable doubt that the (Defendant/Mr. Huff) had the specific intent to transport a firearm in furtherance of a civil disorder. It is not the (Defendant's/Mr. Huff's) burden to disprove he had such an intent, rather the burden to prove (the Defendant's/Mr. Huff's) intent always remains with the United States.
>
> A "civil disorder" is defined as follows:
>
>     First:    any public disturbance,
>     Second: which involves acts of violence,
>     Third:   by assemblages,
>     Fourth: of three or more persons, and,
>     Fifth:    which causes an immediate danger of injury to a person, or results in injury to a person, or causes an immediate danger of injury to property, or results in injury to property of another person.

The elements of a Civil Disorder which the Court has just defined for you are stated in the conjunctive. In other words, the United States must prove that (the Defendant/Mr. Huff) had the specific intent that each such element occur at the time he transported a firearm(s) in interstate commerce.

The United States must prove all of the elements set forth above in order to prove a civil disorder. The United States is not required to prove that a civil disorder actually occurred, but it must prove Mr. Huff had the specific intent to engage in conduct which satisfies all of the elements of a civil disorder as the Court has defined the term for your consideration. [1]

Submitted this 11th day of October, 2011.

**s/G. Scott Green**
G. SCOTT GREEN, BPR #012872
800 S. Gay Street, Suite 1650
Knoxville, TN 37929
(865) 637-0134

---

[1] Authority: 18 U.S.C. §231; 18 U.S.C. §232; *Flores-Figueroa v. United States*, 129 S.ct 1886, 1891 (2009) "The manner in which courts ordinarily interpret criminal statutes is fully consistent with this ordinary English usage that is to say courts ordinarily read a phrase in a criminal statute that introduces the elements of a crime with the word "knowingly" as applying that word to each element."

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies on this date a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

This the 11th day of October, 2011.

**s/G. Scott Green**
G. SCOTT GREEN
