**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                            Docket No: 3:10–CR-73
                                                               Varlan/Guyton

DARREN WESLEY HUFF,

    Defendant.

**MR. HUFF'S
SPECIAL REQUEST #4**

    Comes now the accused, Darren Wesley Huff, by and through his undersigned counsel, who respectfully moves this Honorable Court, to instruct the jury as follows:

> In order to convict the (Defendant/Mr. Huff) of a violation of Count I, you must find beyond a reasonable doubt that the firearm(s) was possessed in, or affected interstate commerce. Not every firearm is possessed in, or affects interstate commerce. Rather, a firearm is possessed in or affects interstate commerce only if the firearm has had an explicit connection with or substantial effect on commerce occurring between at least two states. If you do not find beyond a reasonable doubt that the firearm(s) possessed by the Defendant has such an explicit connection or substantial effect on interstate commerce then you must find the (Defendant/Mr. Huff) not guilty. [1]

    Submitted this 11th day of October, 2011.

                                                                       **s/G. Scott Green**
                                                                       G. SCOTT GREEN, BPR #012872
                                                                       800 S. Gay Street, Suite 1650
                                                                       Knoxville, TN 37929
                                                                       (865) 637-0134

---

[1] Authority: Adapted from www.fd.org/pdf-lib/newton %20 and%20 reichmuth %20 firearms. Pdf

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies on this date a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

This the 11th day of October, 2011.

**s/G. Scott Green**
G. SCOTT GREEN