# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.            Docket No: 3:10-cr-73
                         Varlan/Guyton

**DARREN WESLEY HUFF,**

    **Defendant.**

**TO THE HONORABLE JUDGE OF THE ABOVE COURT:**

### PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

Your petitioner, Darren Wesley Huff, respectfully shows:

I.

That, Walter Fitzpatrick is now in the custody of the Sheriff of Monroe County, Tennessee pursuant to State of Tennessee charges.

II.

That a jury trial is to be convened in the United States District Court for the Eastern District of Tennessee, at Knoxville, on October 18, 2011, at 9:00 a.m., and that Walter Fitzpatrick is a material witness for the Defendant at said trial.

WHEREFORE, petitioner prays that the Clerk of this Court be instructed to issue a writ of habeas corpus ad testificandum to the Sheriff of Monroe Count, Tennessee commanding him to produce the said Walter Fitzpatrick before this Court at the time and place aforesaid before this Court to testify in matters to be presented to said Federal District Court and to be returned to the Sheriff, of Monroe County, as

soon as he is no longer needed as a witness before said Federal District Court. If the said Sheriff of Monroe County so elects, the United States Marshal for the Eastern District of Tennessee or any other duly authorized United States Marshal or Deputy United States Marshal be ordered and directed to receive said Walter Fitzpatrick into his custody and possession at the Monroe County Jail, and under safe and secure conduct to have him before the Judge of our District Court at the time and place aforesaid for the purpose aforesaid, and, to return him to said Sheriff of Monroe County at the Monroe County Jail, as aforesaid.

Respectfully requested this the 13th day of October, 2011.

**Darren Wesley Huff**

By: **s/G. Scott Green**
G. SCOTT GREEN, BPR #012872
800 S. Gay Street, Suite 1650
Knoxville, TN 37929
(865) 637-0134

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies on this date a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

This the 13th day of October, 2011.

**s/G. Scott Green**
G. SCOTT GREEN
