UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE
CRIMINAL MINUTES - JURY TRIAL VOIR DIRE

United States of America vs. Darren Wesley Huff
Case No. 3:10-CR-73
Date: October 18, 2011

Present Before the Honorable Thomas A. Varlan, United States District Judge

| Julie Norwood | Netta Kocuba |
|---|---|
| Courtroom Deputy | Court Reporter |
| Jeffrey E. Theodore/A William Mackie | G Scott Green |
| Assistant U.S. Attorney | Defense Counsel |

PROCEEDINGS: Voir Dire, Jurors sworn to answer questions. Case to proceed to trial.

Jurors present 51   Jurors seated 14   Jurors challenged 19      Not used 28

Time 9:00     to     11:30