UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE
CRIMINAL MINUTES - JURY TRIAL

United States of America vs. Darren Wesley Huff
Case No. 3:10-CR-73
Date: October 18, 2011

PROCEEDINGS: Jury Trial began

PRESENT before the Honorable Thomas A. Varlan, United States District Judge

| Julie Norwood | Netta Kocuba |
|---|---|
| Courtroom Deputy | Court Reporter |
| Jeffrey E Theodore/A William Mackie | G Scott Green |
| Counsel for the United States | Counsel for Defendant(s) |

- Opening Statements
- Witnesses sworn
- Rule requested
- Introduction of evidence for USA begun
- Case continued to Wednesday, October 19, 2011 at 9:00 for further trial

Time:   11:30   to   12:30
        1:45    to   5:00