UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE
CRIMINAL MINUTES - JURY TRIAL

United States of America vs. Darren Wesley Huff
Case No. 3:10-CR-73
Date: October 19, 2011

PROCEEDINGS: Day 2

PRESENT before the Honorable Thomas A. Varlan, United States District Judge

| Julie Norwood | Netta Kocuba |
|---|---|
| Courtroom Deputy | Court Reporter |
| Jeffrey E. Theodore/A William Mackie | G Scott Green |
| Counsel for the United States | Counsel for Defendant(s) |

- Witnesses sworn
- Rule requested
- Introduction of evidence for USA   resumed  and concluded
- Motion for judgment of acquittal under Rule 29   denied
- Case continued to Thursday, October 20, 2011 at 9:00 for further trial

Time:    9:00    to    11:30
         1:00    to    5:30