UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE
CRIMINAL MINUTES - JURY TRIAL

United States of America vs. Darren Wesley Huff
Case No. 3:10-CR-73
Date: October 20, 2011

PROCEEDINGS: Day 3

PRESENT before the Honorable Thomas A. Varlan, United States District Judge

| | |
|---|---|
| Julie Norwood | Netta Kocuba |
| Courtroom Deputy | Court Reporter |
| | |
| Jeffrey E. Theodore/A William Mackie | G Scott Green |
| Counsel for the United States | Counsel for Defendant(s) |

- Witnesses sworn
- Rule requested
- Introduction of evidence for deft  begun
- Case continued to Friday, October 21, 2011  at 9:00  for further trial

| Time: | 9:00 | to | 12:30 |
|---|---|---|---|
| | 1:30 | to | 5:45 |