UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE
CRIMINAL MINUTES - JURY TRIAL

United States of America vs. Darren Wesley Huff
Case No. 3:10-CR-73
Date: October 21, 2011

PROCEEDINGS: Day 4 of Jury Trial

PRESENT before the Honorable Thomas A. Varlan, United States District Judge

| Julie Norwood | Netta Kocuba |
|---|---|
| Courtroom Deputy | Court Reporter |
| Jeffrey E. Theodore/A William Mackie | G Scott Green |
| Counsel for the United States | Counsel for Defendant(s) |

- Witnesses sworn
- Rule requested
- Introduction of evidence for Defendant resumed and concluded
- Rebuttal evidence
- Renewed Motion for judgment of acquittal under Rule 29 denied
- Charge Conference
- Closing Argument
- Charge to the Jury
- Jury retired to deliberate at 4:30;
- Jury recessed for the day and will resume deliberation at 9:00 on Monday, October 24, 2011

Time:  9:00 to 12:00
       1:00 to 4:45