United States of America vs. Darren Wesley Huff
Case No. 3:10-CR-73
Date: October 24, 2011

PROCEEDINGS: Day 5 of Jury Trial

PRESENT before the Honorable Thomas A. Varlan, United States District Judge

| Julie Norwood | Netta Kocuba |
|---|---|
| Courtroom Deputy | Court Reporter |
| Jeffrey E. Theodore/A William Mackie | G Scott Green |
| Counsel for the United States | Counsel for Defendant(s) |

- Jury resumed deliberation at 9:00;
- Jury question taken
- Jury recessed for the day to return to deliberate Tuesday, October 25, 2011 at 9:00

Time:    4:30    to    4:45