UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE
CRIMINAL MINUTES - JURY TRIAL

United States of America vs. Darren Wesley Huff
Case No. 3:10-CR-73
Date: October 25, 2011

PROCEEDINGS: Day 6 of Jury Trial

PRESENT before the Honorable Thomas A. Varlan, United States District Judge

| Julie Norwood | Netta Kocuba |
|---|---|
| Courtroom Deputy | Court Reporter |
| Jeffrey E. Theodore/A William Mackie | G Scott Green |
| Counsel for the United States | Counsel for Defendant(s) |

- Jury resumed deliberation at 9:00; Jury returned at 9:30.
- JURY VERDICT: finding the defendant guilty as to Count 1 of the Superseding Indictment, Not guilty as to Count 2 of the Superseding Indictment.
- Jury polled
- The defendant is remanded into the custody of the U.S. Marshal
- Sentencing set for **February 29, 2012 @ 10:00** Before the Honorable Thomas A. Varlan

Time: 9:55 to 11:00