UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

FILED

2011 OCT 25 A 8: 30

U.S. DISTRICT COURT
EASTERN DIST. TENN.

_____ DEPT. CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:10-CR-73 |
| ) | Judge Thomas A. Varlan |
| DARREN WESLEY HUFF ) | |

### VERDICT FORM

We, the members of the jury, find unanimously from all the evidence as follows:

1. As to Count One of the Superseding Indictment, charging a violation of 18 U.S.C. § 231(a)(2); that is, transporting in commerce a firearm while knowing, having reason to know, or intending the firearm will be used in furtherance of a civil disorder, we find the defendant:

    _____ NOT GUILTY

    __X__ GUILTY

2. As to Count Two of the Superseding Indictment, charging a violation of 18 U.S.C. § 924(c)(1)(A); that is, using and carrying a firearm during and in relation to the crime set forth in Count One, we find the defendant:

    __X__ NOT GUILTY

    _____ GUILTY

**SIGNATURE REDACTED**
Signature of FOREPERSON

10-25-11
Date