# UNITED STATES DISTRICT COURT

| EASTERN | DISTRICT OF | TENNESSEE |
|---|---|---|

| UNITED STATES OF AMERICA | EXHIBIT AND WITNESS LIST |
|---|---|
| V. | |
| DARREN WESLEY HUFF | Case Number: 3:10-CR-73-001 |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Thomas A. Varlan | Jeffrey Theodore/A William Mackie | G Scott Green |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| October 18-21, 2011 | Netta Kocuba | Julie Norwood |

| USA No | DEF. NO. | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|
| W | | | | **GARY D. PETTWAY - GRAND JURY FOREPERSON** |
| 2 | | | X | **Citizens` Arrest Warrant** |
| 1 | | | X | **Video of Attempted Arrest of Pettway 04-01-2010** |
| | 1 | X | | **Photo** |
| W | | | | **WILLIAM BIVENS (MCSO) - MONROE COUNTY SHERIFF** |
| 4 | | | X | **Photograph of Fitzpatrick with Darron Bivens 04-01-10** |
| 5 | | | X | **Photograph of Fitzpatrick with Sheriff Bivens 04-01-2010** |
| W | | | | **SHANE LONGMIRE - J. P. MORGAN CHASE BANK** |
| 23 | | | X | **Photograph of Huff`s truck at 04-30-2010 Arrest** |
| 24 | | | X | **Photograph of rear of Huff`s truck at 04-30-2010 Arrest** |
| | October 19, 2011 | | | |
| W | | | | **ERICA DUPREE - CHASE BANK** |
| W | | | | **MICHAEL WILSON (THP)** |
| 10 | | | X | **Photograph of Huff`s truck during 04-20-10 Traffic Stop** |
| 11 | | | X | **Photograph of Huff at 04-20-2010 Traffic Stop with Colt 45 handgun** |
| 12 | | | X | **Photograph of Colt 45 handgun during 04-20-2010 Traffic Stop** |
| 13 | | | X | **Photograph of Colt 45 clip and ammunition during 04-20-2010 Traffic Stop** |
| 14 | | X | | **(withdrawn) Colt 45 handgun** |
| 14a | | | X | **Substitute Photograph of Colt 45 handgun from 04-20-2010 Traffic Stop** |
| 15 | | X | | **(withdrawn) Colt 45 clip** |
| 15a | | | X | **Substitute Photograph of Colt 45 clip from 04-20-2010 Traffic Stop** |
| 21 | | | X | **Photograph of Huff`s driver`s license** |

| | | | | |
|---|---|---|---|---|
| 19 | | | X | **Citizens` Arrest Warrant in Huff`s possession during 04-20-2010 Traffic Stop** |
| 20 | | | X | **Affidavit of Criminal Complaint in Defendant`s possession during 04-20-2010 Traffic Stop** |
| 3 | | | X | **Affidavit of Criminal Complaint** |
| 9 | | | X | **Video of Traffic Stop 04-20-2010** |
| W | | | | **DONALD WILLIAMS (10TH JDDTF)** |
| 39 | | | X | **Huff Video Clip 1 - 04-20-2010 Traffic Stop** |
| 40 | | | X | **Huff Video Clip 2 - 04-20-2010 Traffic Stop** |
| 42 | | | X | **Huff Video Clip 4 - 04-20-2010 Traffic Stop** |
| 37 | | | X | **Aerial Photo of Madisonville** |
| 52(1-9) | | | X | **Collective Clips (Need video)** |
| W | | | | **MIKE HALL (RETIRED, 10TH JDDTF)** |
| 43 | | | X | **Huff Audio CD of Statements at Donna`s Restaurant on 04-20-2010** |
| W | | | | **THOMAS WALKER (JSO)** |
| 25 | | | X | **Photo of Colt 45 Handgun, Ammo clip, Holster in Huff`s possession at 04-30-2010 arrest** |
| 26 | | | X | **Photograph of eight AK-47 ammunition clips seized during 04-30-2010 Arrest** |
| 30 | | | X | **Photograph of Huff`s Blackberry cellular phone obtained during 04-30-2010 Arrest** |
| 35 | | | X | **Photograph of Citizens` Arrest Warrants during 04-30-2010 Arrest** |
| 27a-h | | X | | **(withdrawn) Collect AK-47 clips** |
| 27 | | | X | **Substitute Photograph of AK-47 clips** |
| 29 | | X | | **(withdrawn) AK-47 Ammunition Box seized from Huff`s Truck during 04-30-2010 Arrest** |
| 28 | | | X | **Photograph of AK-47 Ammunition Box seized from Huff`s Truck during 04-30-2010 Arrest** |
| 29a | | | X | **Substitute Photograph of AK-47 Ammunition Box seized from Huff`s Truck during 04-30-2010 Arrest** |
| 31 | | | X | **Photograph of Kel-Tec 40 caliber firearm seized from Huff`s Truck during 04-30-2010 Arrest** |
| 32 | | X | | **(withdrawn) Kel-Tec 40 caliber Assault Rifle sized from Huff`s Truck during 04-30-2010 Arrest** |
| 32a | | | X | **Photograph of Kel-Tec 40 caliber Assault Rifle sized from Huff`s Truck during 04-30-2010 Arrest** |
| 33a-d | | X | | **(withdrawn) Collective Kel-Tec Ammunition clips seized from Truck during 04-30-2010 Arrest** |
| 33 | | | X | **Photograph of Kel-Tec Ammunition clips seized from Huff`s Truck during 04-30-2010 Arrest** |
| 34 | | | X | **Photo of Kel-Tec 40 caliber Assault Rifle, 4 Ammo Clips from Huff`s Truck at 04-30-2010 Arrest** |
| 44 | | | X | **Photograph of Arrest Inventory from Defendant`s Truck 04-30-2010** |
| W | | | | **SA CHARLES REED - FBI** |
| 6 | | X | | **(withdrawn) AK-47** |

| | | | | |
|---|---|---|---|---|
| 6a | | | X | **Substitute Photograph of AK-47** |
| 7a-d | | X | | **(withdrawn) Collective AK-47 clips** |
| 7 | | | X | **Substitute Photograph of AK-47 clips** |
| 8 | | X | | **(withdrawn) AK-47 ammunition** |
| 8a | | | X | **Substitute Photograph of AK-47 ammunition box(closed)** |
| 8b | | | X | **Substitute Photograph of AK-47 ammunition box(open)** |
| 22 | | | X | **Stipulation of Text Messages** |
| 22a | | | X | **Text Messages 04-07-2010** |
| 45 | | | X | **Stipulation of Firearms** |
| 36 | | | X | **Stipulation regarding traveling in interstate commerce on day of offense** |
| | 2 | | X | **Stipulation of valid permit to carry firearms** |
| | October 20, 2011 | | | |
| | 3 a-b | | X | **Video** |
| | | W | | **TIM GUIDER, SHERIFF LOUDON COUNTY** |
| | | W | | **CINDY HUFF** |
| | | W | | **JOHN BIGHAM** |
| | | W | | **CARL SWENSSON** |
| 46 | | | X | **email - subject: Here's what you need** |
| | | W | | **MIKE FULMER** |
| | | W | | **MICHAEL MORRIS DESILVA** |
| | | W | | **DARREN HUFF** |
| | October 21, 2011 | | | **Cross Examination of Darren Huff** |
| 47 | | | X | **Business card** |
| RW | | | | **HONORABLE R. STEVEN BEBB - District Attorney General, Tenth Judicial District** |
| RW | | | | **GREGG BREEDEN - MADISONVILLE CHIEF OF POLICE** |
| 51 | | | X | **Audio Call Erica Dupree to Madisonville Police Chief** |