**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                             Docket No: 3:10–CR-73
                                                                Varlan/Guyton

DARREN WESLEY HUFF,

    Defendant.

**MOTION
FOR LEAVE TO
FILE DOCUMENT UNDER SEAL**

Comes the accused, Darren Wesley Huff, by and through his undersigned counsel, who respectfully moves this Honorable Court for permission to file the attached motion under seal.

WHEREFORE, based upon the foregoing, Darren Wesley Huff respectfully moves this Honorable Court to enter an Order granting the relief sought herein.

Submitted this 3rd day of November, 2011.

                                                                **s/G. Scott Green**
                                                                G. SCOTT GREEN, BPR #012872
                                                                800 S. Gay Street, Suite 1650
                                                                Knoxville, TN 37929
                                                                 (865) 637-0134

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies on this date a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

This the 3rd day of November, 2011.

**s/G. Scott Green**
G. SCOTT GREEN