# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                Docket No: 3:10–CR-73
                                      Judge Varlan

DARREN WESLEY HUFF,

    Defendant.

## MOTION TO CONTINUE SENTENCING HEARING

Comes the defendant, Darren Wesley Huff, by and through counsel, who respectfully moves this Honorable Court to enter an Order continuing the February 29th, 2012 sentencing hearing. In support of the foregoing, Mr. Huff would show as follows:

1. As evidenced by Mr. Huff's *pro-se* correspondence to this Court, Mr. Huff desires additional time to confer with counsel and prepare for sentencing.

2. The issues before the Court at sentencing are complex. As evidenced by the Pre-Sentence Investigation Report, the statute Mr. Huff was convicted of violating does not have a designated advisory sentencing guideline. Both Mr. Huff and the United States have tendered multiple objections to the PSR. The undersigned and the government will be compelled to invest extensive time preparing and litigating the proper application of the Guidelines.

3. Mr. Huff has viable bases warranting a downward variance from his advisory guideline range (once determined). While the undersigned has prepared a rough draft of a Sentencing Memorandum, counsel's effectiveness will be enhanced with additional time to prepare.

4. The United States Attorney's Office does not object to the relief sought within this motion.

5. The affidavit of G. Scott Green, attorney for Defendant, Darren Wesley Huff, is appended hereto, and incorporated herein by reference.

WHEREFORE, based upon the foregoing, Darren Wesley Huff respectfully moves this Honorable Court to enter an Order continuing the February 29th, 2012 sentencing hearing.

Submitted this 15th day of February, 2012.

                                                        **s/G. Scott Green**
G. SCOTT GREEN, BPR #012872
800 S. Gay Street, Suite 1650
Knoxville, TN 37929
(865) 637-0134

## CERTIFICATE OF SERVICE

The undersigned hereby certifies on this date a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

This the 15th day of February, 2012.

**s/G. Scott Green**
G. SCOTT GREEN
