IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                  Docket No: 3:10–CR-73
                                          Judge Varlan

DARREN WESLEY HUFF,

    Defendant.

## MOTION TO WITHDRAW AFTER SENTENCING

Comes the undersigned, as counsel for the defendant, Darren Wesley Huff and who respectfully moves this Honorable Court that he be permitted to withdraw from further representation of the defendant upon the conclusion of the sentencing hearing on May 15, 2012. In support of the foregoing, counsel would show as follows:

1. In August of 2011 the undersigned was appointed to represent Mr. Huff after a breakdown in the attorney-client relationship between Mr. Huff and his former counsel.

2. The relationship between the undersigned and Mr. Huff deteriorated to the piont that counsel moved to withdraw in October of 2011. This Court denied the requested relief.

3. On October 25, 2011 Mr. Huff was convicted of violating the provisions of 18 U.S.C. §231, while being acquitted of an allegation that he violated the provisions of 18 U.S.C. §924(c). On April 20, 2012 this Court heard the

arguments related to Mr. Huff's (and the government's) objections to the PSR, while on May 15, 2012 this Court will conclude Mr. Huff's sentencing hearing.

4. This case is ripe for appellate review. There exists almost no reported case law interpreting 18 U.S.C. §231, nor case law proscribing the appropriate punishment for a violation of this statute. While counsel is licensed to practice before the Sixth Circuit Court of Appeals, Mr. Huff needs an attorney with extensive experience before that tribunal. Counsel underwent a significant surgery in November of 2011 and is still attempting to catch up from the time he was forced to be off work while recuperating. The undersigned has done everything within his power to zealously represent Mr. Huff to the best of his professional ability. This representation has included a week long trial and extended post trial litigation related to sentencing and Mr. Huff's Motion for New Trial. Mr. Huff will be best served by an attorney from the Sixth Circuit appointment list.

5. The affidavit of G. Scott Green is appended hereto, and is incorporated herein by specific reference.

WHEREFORE, based upon the foregoing, the undersigned respectfully moves this Honorable Court to enter an Order permitting him to withdraw upon completion of Mr. Huff's sentencing hearing.

Submitted this 14th day of May, 2012.

<u>s/G. Scott Green</u>
G. SCOTT GREEN, BPR #012872
800 S. Gay Street, Suite 1650
Knoxville, TN 37929
(865) 637-0134

## CERTIFICATE OF SERVICE

The undersigned hereby certifies on this date a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

This the 14th day of May, 2012.

**s/G. Scott Green**
G. SCOTT GREEN
